934

**CARNEGIE NATIONAL BANK, etc., v. CITY OF WOLF POINT et al.**

**Dr. Gustav A. HIPKE v. CITY OF WOLF POINT et al.**

No. 9249.

Circuit Court of Appeals, Ninth Circuit.

Aug. 21, 1940.

Marron and Foor, of Wolf Point, Mont., Robert N. Erskine, of Chicago, Ill., and Charles Gordon, of Wolf Point, Mont., for appellants.

Frank M. Catlin, of Wolf Point, Mont., and Hall & Alexander, of Great Falls, Mont., for appellee City of Wolf Point.

Before GARRECHT and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties that this cause abide final decision in companion cause, Carnegie National Bank v. City of Wolf Point, decided March 25, 1940, (9 Cir., 110 F.2d 569) and petition for rehearing therein having been denied on May 14, 1940, and no certiorari record therein having been issued and this court not being advised of any extension of time for filing petition for writ of certiorari, and good cause therefor appearing, it is ordered that a decree be filed and entered herein in accordance with the decision in said companion cause, and that the mandate of this court in this cause issue forthwith.

**Thomas K. CASE et al. v. LOS ANGELES LUMBER PRODUCTS CO., Limited.**

No. 9569.

Circuit Court of Appeals, Ninth Circuit.

July 29, 1940.

Burr & Smith and Thomas K. Case, all of Los Angeles, Cal., for appellants.

Faries & McDowell, of Los Angeles, Cal., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and mandate of this court issue forthwith.

**Crules R. CHEEK, Trustee In Bankruptcy of Great Western Furniture Mfg. Co., a Corporation, Bankrupt, v. Alvin HOROWITZ.**

No. 9583.

Circuit Court of Appeals, Ninth Circuit.

Aug. 5, 1940.

Samuel A. Miller, Walter G. Danielson, and Bertram H. Ross, all of Los Angeles, Cal., for appellant.

Fred Horowitz and P. N. McCloskey, both of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal dismissed, that a decree be filed and entered accordingly, and mandate issued forthwith.